ORIGINAL

FILED
JAN 2 8 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

UNION ELECTRIC COMPANY
d/b/a AmerenUE,
One Ameren Plaza
1901 Chouteau Avenue
St. Louis, Missouri 63103

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-0097C

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Union Electric Company d/b/a AmerenUE ("AmerenUE") submits the following corporate disclosure statement.

*Any parent corporation and any publicly held corporation that owns 10% or more of its stock*:

AmerenUE's parent is Ameren Corporation, a publicly held corporation.

Respectfully submitted,

Jerry Stouck /by Peter Skalaban

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)
*Counsel for Plaintiff*
UNION ELECTRIC COMPANY
d/b/a AMERENUE

January 28, 2004
Of Counsel:
Robert L. Shapiro
Peter J. Skalaban
SPRIGGS & HOLLINGSWORTH