# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: February 6, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

This case is similar to other nuclear fuel cases that have been filed in this court. We solicit the parties' suggestions for expediting the pre-trial process so that the court can schedule early hearings. For example, if the legal issues here are identical to cases filed in this court earlier, we have no objection to the parties' adopting briefs that they filed then. Counsel are aware that this court has addressed an interpretation of the Standard Contract in Indiana Michigan.

We urge the parties to expedite the discovery process as well. Counsel should agree on a convenient time during the week of February 9 for a status conference and advise the court. We will discuss these matters and any other suggestions that the parties may wish to present.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge