# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: February 11, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We have scheduled a hearing for February 24 at 11:00 a.m. to discuss the court's February 6th Order.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge