# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: June 9, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We ask that the parties file a status report concerning the posture of this case. If plaintiff wishes to participate in the joint proceedings discussed at the April 30 hearing, counsel should notify the court as soon as possible.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge