IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNION ELECTRIC COMPANY d/b/a AmerenUE, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 04-0097C (Judge Hodges) |

**UNION ELECTRIC CO./AMEREN UE'S STATUS REPORT**

Union Electric Company, d/b/a AmerenUE ("Ameren") respectfully submits this status report in response to the Court's June 9, 2004 Order, which directed the filing of a status report regarding the posture of this case.

The government has moved for an indefinite stay of this case. Ameren's response acknowledged that a limited stay is appropriate – through December 31, 2004 – in view of proceedings in other spent fuel cases.

The Court's June 9, 2004 Order also states that "[i]f plaintiff wishes to participate in the joint proceedings discussed at the April 30 hearing, counsel should notify the court as soon as possible." Ameren opted not to participate or file a report in the April 30 conference. *See* Exhibit 1 (Stouck 4/30/04 letter to Lester). Regardless, Ameren objects to joint or coordinated proceedings in its case for the reasons discussed in Ameren's motion for reconsideration of the pre-discovery conference order. *See* Union Electric Co./Ameren UE's Motion For Reconsideration Of Order For Pre-Discovery Conference In New Spent Fuel Cases (filed April 21, 2004).

Ameren submits that the Court should direct the government to answer and otherwise stay the case until December 31, 2004. Promptly thereafter, the parties should submit further status reports.

Respectfully submitted,

s/ Jerry Stouck

Dated: June 21, 2004

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
UNION ELECTRIC COMPANY
d/b/a AmerenUE

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban
SPRIGGS & HOLLINGSWORTH