# Exhibit 1

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005
tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

**Jerry Stouck**
202.898.5839
jstouck@spriggs.com

April 30, 2004

VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL

Harold D. Lester, Jr., Esq.
Senior Trial Attorney
U. S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Washington, DC 20530

Dear Harv:

As you know, at today's spent fuel litigation conference, when Judge Sypolt appeared confused about the position of my clients as to a stay, and none of the participating counsel seemed sure of the answer, I rose from the audience to correct Judge Sypolt's apparent confusion. I wish to make clear that, not withstanding that courtesy to the Court, and as set forth clearly in the papers my clients have filed, my clients elected not to participate in today's conference. Please be sure that the captions of my clients' cases do not appear in any report filed in response to Judge Sypolt's request at the conference for reports from the participating parties.

Sincerely,

Jerry Stouck

JS/emr

cc: Alex D. Tomaszczuk, Esq.
Richard J. Conway, Esq.
Brad Fagg, Esq.
Norm Hirsch, Esq.