# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: June 23, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's status report indicates that it does not wish to participate in the joint discovery proceedings discussed at the April 30 hearing. The Government has moved for an indefinite stay, and plaintiff requests a stay until the end of the year. We agree with plaintiff's approach for the time being. We will hold a telephonic status conference on December 31 at 2:00 p.m. to discuss how to proceed with this case.

Plaintiff's request for a stay until December 31 is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge