# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: December 15, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The June 23 Order schedules a hearing on December 31, which apparently is a government holiday. We have rescheduled the hearing for January 3 at 2:00 p.m. The parties should be prepared to discuss proposals for proceeding with this case. Stay is granted until January 3.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge