IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNION ELECTRIC COMPANY d/b/a AmerenUE, Plaintiff, | No. 04-97C |
| v. | (Judge Hodges) |
| UNITED STATES OF AMERICA, Defendant. | |

UNION ELECTRIC'S CONSENT MOTION TO EXTEND
THE EXISTING STAY UNTIL THE FEDERAL CIRCUIT
ISSUES A DECISION IN INDIANA MICHIGAN v. UNITED STATES

Union Electric moves to extend the stay entered in this action until the Federal Circuit issues a decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.). Plaintiff's counsel has consulted with government counsel and government counsel has noted its consent to this motion.

By order dated June 23, the Court stayed proceedings in this spent nuclear fuel ("SNF") breach of contract damages case until December 31, 2004. Both parties agreed that a stay was appropriate. The Court's December 15 order extended this stay to January 3, 2005. At this time, the parties agree that a further extension of the stay is appropriate because *Indiana Michigan*, as well as other earlier-filed SNF cases, may address issues that are implicated in this case. Moreover, developments in other, earlier-filed SNF cases may streamline issues relating to various defenses and theories that the government has been advancing in the SNF cases, and promote efficiency in the resolution of this case. For the

foregoing reasons, the case should be stayed until the Federal Circuit's panel decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.).[1]

The parties are mindful of the hearing scheduled for January 3, 2005 and would be pleased to address this motion at that time. Alternatively, if the Court grants this consent motion, a hearing may be unnecessary.

Respectfully submitted,

s/ Jerry Stouck

Dated: December 22, 2004

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
Union Electric Company

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban
SPRIGGS & HOLLINGSWORTH

[1] In the meantime, however, the parties should finalize and submit a draft order governing e-mail retention for this Court's consideration. The government has previously stated that it wants such orders entered in the newly-filed SNF cases. By letter dated November 3, 2004, Union Electric advised the government that the terms of the e-mail order entered by Judge Braden in the *Systems Fuel, Inc.* case, another newly-filed SNF case, were acceptable to plaintiff. We are waiting for the government's response.