IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNION ELECTRIC COMPANY, )
d/b/a AmerenUE, )
Plaintiff, )
)
v. ) No. 04-97C
) Judge Hodges
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Sharon A. Snyder as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Dated: December 29, 2004

s/ Sharon A. Snyder

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0347
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 29th day of December 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder