# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| UNION ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-97C |
| v. | * | Filed: January 4, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

We cancelled the status conference that was scheduled for yesterday. Plaintiff's motion to extend the existing stay is GRANTED. Defendant does not oppose the motion. Counsel will file a status report when the Federal Circuit issues a decision in Indiana Michigan, but no later than April 1, 2005.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge