# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| UNION ELECTRIC COMPANY, | * | |
| Plaintiff, | * | No. 04-97C |
| v. | * | Filed: March 9, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

The parties' Joint Motion for Entry of an Order Governing the Preservation of E-Mail and Other Electronic Evidence is GRANTED. The Court hereby orders the adoption of the salient provisions of the E-mail Plan utilized in the coordinated discovery proceedings as follows:

1. Except as noted in paragraph 2 below, the parties agree that no preservation or retention requirements with respect to e-mail and electronic evidence apply to any of the parties.

2. The parties agree to preserve any e-mail backup tapes that exist from the 1988-96 time frame which may potentially contain relevant information. DOE will only have to preserve such tapes to the extent that they are from the Office of Civilian Radioactive Waste Management.

3. The parties shall agree to share evenly the costs of any searches of any of the backup tapes preserved pursuant to paragraph 2, which costs should not exceed $15,000 for each tape.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge