IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNION ELECTRIC COMPANY d/b/a AmerenUE,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-97C<br>(Judge Hodges) |

JOINT STATUS REPORT FILED PURSUANT TO THE COURT'S ORDER OF JANUARY 4, 2005

In a December 22, 2004 motion, Union Electric moved to extend the stay entered in this action until the United States Court of Appeals for the Federal Circuit issues a decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.). The government consented to that motion. The Court granted Union Electric's motion in an Order dated January 4, 2005. The Order directed counsel to file a status report when the Federal Circuit issues a decision in *Indiana Michigan*, but no later than April 1, 2005.

The status is as follows: Appellant in *Indiana Michigan* filed its reply brief on March 21, 2005, and the parties' joint appendix on March 25, 2005. Accordingly, the briefing in that appeal is completed. The Federal Circuit has not yet scheduled oral argument in that case; however, counsel for both parties here anticipate that oral argument will likely be heard this Summer. Union Electric expects that a decision should be rendered by this Fall, and the government agrees that a decision will be forthcoming in due course after the argument.

Under these circumstances, Union Electric and the Government continue to believe that continuance of the present stay until the Federal Circuit issues a decision in *Indiana Michigan* is appropriate.

Dated: April 1, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 (Telephone)
(202) 307-2503 (Facsimile)

Of counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Counsel for Defendant

s/Jerry Stouck___
JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)

Of counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH

Counsel for Plaintiff
Union Electric Company