IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNION ELECTRIC COMPANY d/b/a AmerenUE, | ) | |
| Plaintiff, | ) | No. 04-97C (Judge Robert H. Hodges, Jr.) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | Filed Electronically, October 11, 2005 |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties to the above-captioned case respectfully request that the Court continue to stay this matter until December 2, 2005 at which time the parties will file a Joint Status Report.

The Court's Order of January 4, 2005 provided that upon issuance of a decision by the United States Court of Appeals For The Federal Circuit in *Indiana Michigan Power Co. v. United States,* No. 04-5122 (Fed. Cir.), but no later than April 1, 2005, the parties were to file a Joint Status Report. The parties filed a Joint Status Report on April 1, 2005, as a decision in *Indiana Michigan* had not been reached.

As the Court is aware, the Federal Circuit issued its decision in *Indiana Michigan* on September 9, 2005. *Indiana Michigan Power Co. v. United States,* 2005 WL 2173563 (Fed. Cir.). Accordingly, it is appropriate for the parties to file another joint status.

Because the Federal Circuit's decision has the potential to significantly affect how the parties will wish to proceed in this case, we require additional time to determine how best to proceed in light of the decision and confer upon the development of an informative joint status report. In addition, the period within which either party to

Indiana Michigan may seek rehearing and/or reconsideration of that decision does not expire until October 24, 2005. Accordingly, the Federal Circuit's mandate will not issue until that deadline passes.

A continuance of the stay in the above-captioned matter until December 2, 2005 will provide the parties with sufficient time to determine whether further proceedings will be sought in *Indiana Michigan*, and accordingly how best to proceed in the above-captioned matter. Accordingly, the parties jointly request until December 2, 2005 to submit a Joint Status Report.

Respectfully submitted,

_________s/________________
JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Ave., NW., Ste. 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751 (fax)
Counsel for Plaintiffs

Attorney for Plaintiffs

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

__________s/___________________
SHARON A. SNYDER
Trial Attorney
Civil Division
Commercial Litigation
U.S. Department of Justice
1100 L Street, NW
Room 12068
Washington, DC 20005
(202) 616-0347
(202) 514-8624 (fax)

Attorneys for Defendant

October 11, 2005