# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: October 25, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties have asked for additional time to decide how to proceed in light of the Federal Circuit's opinion in Indiana Michigan. We do not wish to prolong this case more than necessary. The parties have agreed to work collaboratively to provide the court with an informative status report, and the parties' joint request for continuance of the existing stay is GRANTED on that basis. Counsel will file a Joint Status Report no later than December 2, 2005. We urge Counsel to agree on a convenient time during the week of December 5 for a status conference to advise the court how they wish to proceed.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge