# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: December 9, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties requested a stay pending a ruling in Indiana Michigan. That case was issued in September, but counsel states that it "provides little general guidance" on a number of important issues. We assume that counsel knew the issues that would be addressed by Indiana Michigan when they sought the initial stay. Now, they seek another stay - for ten months - pending rulings in several other cases, pointing out that "other judges of the court have recently granted stays similar to the one requested here." This seems like an odd procedure - for a plaintiff to await appellate rulings on all disputed legal issues before proceeding with its case. Moreover, we consider prompt trials, rulings, and appeals to be the best means of obtaining guidance on issues that are undecided or uncertain. Nevertheless, if this is the way that plaintiff wishes to pursue its case, we will wait until the parties are ready. The motion to extend the stay of proceedings for an additional ten months until October 2, 2006 is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge