# In the United States Court of Federal Claims

* * * * * * *

UNION ELECTRIC COMPANY, *

Plaintiff, * No. 04-97C

v. * Filed: October 3, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint motion to extend the stay of proceedings until October 1, 2007 is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge